**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW MEXICO**

STATE FARM FIRE AND CASUALTY
COMPANY,

        Plaintiff,

        vs.                                          No. 1:20-CV-00152-MV-KK

SAN ISIDRO PLAZA, LLC,
SAN ISIDRO PLAZA I, LLC and
SAN ISIDRO PLAZA II LLC,

        Defendants.

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiff State Farm Fire and Casualty Company and Defendants San Isidro Plaza, LLC, San Isidro Plaza I, LLC, and San Isidro Plaza II, LLC jointly move the Court to dismiss with prejudice Plaintiff's Complaint and all claims, which were or could have been brought in this matter, with prejudice. As grounds for this Motion, the Parties state that the matters in controversy have been resolved between them.

WHEREFORE, the Parties respectfully request that the Court enter an Order of Dismissal with Prejudice.

        Respectfully submitted,

        MODRALL, SPERLING, ROEHL, HARRIS
          & SISK, P.A.

        */s/ Sonya R. Burke*
        _____
        Tim L. Fields
        Sonya R. Burke
        Post Office Box 2168
        500 Fourth Street, N.W., Suite 1000
        Albuquerque, New Mexico 87103-2168
        Telephone: (505) 848-1800
        tfields@modrall.com
        sburke@modrall.com
        *Attorneys for Defendants*

        And

        Terry R. Guebert
        Elizabeth M. Piazza
        Lawrence A. Junker
        GUEBERT GENTILE & PIAZZA PC
        PO Box 93880
        Albuquerque, NM 87199-3880
        (505) 823-2300
        tguebert@guebertlaw.com
        epiazza@guebertlaw.com
        ljunker@guebertlaw.com
        *Attorneys for Plaintiff*

WE HEREBY CERTIFY that on this 20th day of November, 2020, we filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

Terry R. Guebert
Elizabeth M. Piazza
Lawrence A. Junker
GUEBERT GENTILE & PIAZZA PC
PO Box 93880
Albuquerque, NM 87199-3880
(505) 823-2300
tguebert@guebertlaw.com
epiazza@guebertlaw.com
ljunker@guebertlaw.com
*Attorneys for Plaintiff State Farm*

MODRALL SPERLING ROEHL HARRIS
    & SISK, P.A.
By: */s/ Sonya R. Burke*
    Sonya R. Burke
W3889595.DOCX

2