**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO**

STATE FARM FIRE AND CASUALTY
COMPANY,

      Plaintiff,

  vs.                                    No. 1:20-CV-00152-MV-KK

SAN ISIDRO PLAZA, LLC,
SAN ISIDRO PLAZA I, LLC and
SAN ISIDRO PLAZA II LLC,

      Defendants.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER comes before the Court on the Parties' Joint Motion to Dismiss with Prejudice. The Court finds that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff State Farm's Complaint and all claims made or which could have been made against Defendants San Isidro Plaza, LLC, San Isidro Plaza I, LLC, and San Isidro Plaza II, LLC, are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party bearing its own costs and attorneys' fees.

_____
THE HONORABLE MARTHA VÁZQUEZ
United States District Judge

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
&amp; SISK, P.A.
By: _/s/ Sonya R. Burke_
Tim L. Fields
Sonya R. Burke
*Attorneys for Defendants*
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800
tfields@modrall.com
sburke@modrall.com

Approved as to form:

GUEBERT GENTILE &amp; PIAZZA PC

By: *Approved via email*
Terry R. Guebert
Elizabeth M. Piazza
Lawrence A. Junker
GUEBERT GENTILE &amp; PIAZZA PC
PO Box 93880
Albuquerque, NM 87199-3880
(505) 823-2300
tguebert@guebertlaw.com
epiazza@guebertlaw.com
ljunker@guebertlaw.com
*Attorneys for Plaintiff State Farm*